UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA

v.

CASE NO. 8:23-cr-22 CEH-SPF
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

DARYL TYRONE DAVIS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than on or about August 29, 2022, and continuing through on or about November 29, 2022, in the Middle District of Florida, the defendant,

DARYL TYRONE DAVIS,

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing detectable amounts of p-fluorofentanyl and fentanyl, Schedule I controlled substances.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C).

## COUNT TWO

On or about August 29, 2022, in the Middle District of Florida, the defendant,

DARYL TYRONE DAVIS,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about September 5, 2022, in the Middle District of Florida, the defendant,

DARYL TYRONE DAVIS,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about September 15, 2022, in the Middle District of Florida, the defendant,

DARYL TYRONE DAVIS,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a

detectable amount of fentanyl and p-fluorofentanyl, Schedule I controlled substances.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about November 29, 2022, in the Middle District of Florida, the defendant,

### DARYL TYRONE DAVIS,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846 or 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, the amount of proceeds the defendant obtained as a result of the offense.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
David P. Sullivan
Assistant United States Attorney

By: _____
James C. Preston
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DARYL TYRONE DAVIS

## INDICTMENT

Violations: 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)

A true bill,

███████████████
Foreperson

Filed in open court this 18th day of January, 2023.

_____
Clerk

Bail $_____

GPO 863 525